United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA XIAOYAN LI,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCK & CO., INC., et al.,<br><br>        Defendants. | Case No. 23-cv-03347-JSW (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 65 |

The Court **DENIES** Plaintiff's motion to compel at ECF No. 65 as premature and **ORDERS** the parties to file a status report concerning the scheduling of these depositions no later than December 30, 2024.

**IT IS SO ORDERED.**

Dated: December 20, 2024

THOMAS S. HIXSON
United States Magistrate Judge