UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA XIAOYAN LI,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCK & CO., INC., et al.,<br><br>        Defendants. | Case No. 23-cv-03347-JSW (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 63 |

The Court **GRANTS** Defendants' motion to enlarge time and **ORDERS** the parties to file a joint discovery letter brief no later than December 30, 2024 if they are not able to agree on how Plaintiff's Rule 35 exam shall proceed.

**IT IS SO ORDERED.**

Dated: December 20, 2024

THOMAS S. HIXSON
United States Magistrate Judge