UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA XIAOYAN LI,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCK & CO., INC., et al.,<br><br>        Defendants. | Case No. 23-cv-03347-JSW (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 69, 71 |

As Defendants' second supplemental response to rog 24 states that it includes "all currently known examples," the Court concludes it is satisfactory and denies Plaintiff's motion to compel.

**IT IS SO ORDERED.**

Dated: January 2, 2025

THOMAS S. HIXSON
United States Magistrate Judge