# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA XIAOYAN LI,<br><br>   Plaintiff,<br><br>   v.<br><br>MERCK & CO., INC., et al.,<br><br>   Defendants. | Case No. 23-cv-03347-JSW  (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 84 |

Today the parties filed a joint discovery letter brief that raises a number of issues. One of them is that Defendants request leave to file a sanctions motion. Defendants state:

> Finally, Defendants request leave to file a motion for sanctions for Plaintiff's spoliation. The Court's standing order states that "No motion for sanctions shall be filed until after the moving party has complied with the requirements above," namely either contacting the Courtroom Deputy or filing a joint brief. Defendants intend to also contact the Courtroom Deputy given the impending January 21 deadline to file such a motion, unless the Court prefers that Defendants wait to file until after the Court has ruled on the above disputes (including spoliation-related discovery).

Ordinarily, the Court prefers to resolve spoliation-related discovery disputes before having a sanctions motion filed. However, fact discovery closed on January 14, 2025. ECF No. 43. The spoliation-related discovery disputes were raised today (January 17), and Defendants are correct that the deadline to file discovery-related motions, including a sanctions motion for spoliation, is January 21. *See* Civil Local Rule 37-3. Thus, proceeding in sequence does not appear feasible. Accordingly, the Court **GRANTS** Defendants leave to file a motion for sanctions.

**IT IS SO ORDERED.**

Dated: January 17, 2025

THOMAS S. HIXSON
United States Magistrate Judge